ACCEPTED
15-25-00004-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/4/2025 3:21 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00004-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/4/2025 3:21:21 PM
CHRISTOPHER A. PRINE
Clerk

## In the Court of Appeals
## For the Fifteenth District of Texas

**Curadev Pharma Pvt. Ltd. and Curadev Pharma Limited,**

*Plaintiffs-Appellants,*

v.

**The University of Texas Southwestern Medical Center,
Dr. Xiaochen Bai, and Dr. Xuewu Zhang,**

*Defendants-Appellees.*

**Interlocutory Appeal from the 101st District Court of Dallas County**
Trial Court No. DC-24-03875

## UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO FILE REPLY BRIEF OF APPELLANTS

ALLEN OVERY SHEARMAN STERLING US LLP
David P. Whittlesey
Trey Hebert
300 W. 6th Street, Suite 2250
Austin, Texas 78701
(512) 647-1900 (phone)

Jacob Fields
2601 Olive Street, 17th Floor
Dallas, Texas 75201
(214) 271-5777 (phone)

**Attorneys for Curadev Pharma Pvt. Ltd. and Curadev Pharma Limited**

**To the Honorable Court of Appeals:**

Pursuant to Tex. R. App. P. 10.5(b) and 38.6(d), Appellants Curadev Pharma Pvt. Ltd. and Curadev Pharma Limited ("Appellants") file this Unopposed Motion for Extension of Time to File Reply Brief of Appellants and would respectfully show the Court as follows:

1. The Brief of Appellants was filed on January 21, 2025. The Brief of Appellees was filed on February 24, 2025. Appellants Reply Brief is currently due on March 17, 2025, pursuant to Tex. R. App. P. 38.6(c).

2. A reasoned justification for an extension of time exists. The undersigned counsel for Appellants has had and will have other commitments necessitating this extension, including the following conflicts that impact the time period counsel needs to prepare Appellees' reply brief:

   a. preparing and submitting pre-trial filings by March 7, 2025, in *Driftwood Energy Operating, LLC v. KLX Energy Services LLC, et al*, Case No. 22-06-U4942-ANC, In the 112th Judicial District Court, Upton County, Texas;

   b. preparing and submitting a dispositive motion due March 14, 2025, in *Abrams v. Trive Capital Mgmt., LLC et al.*, No. 24-AP-50130 in the United States Bankruptcy Court for the District of Delaware; and

1

c. preparing and conducting multiple depositions in *PURIS LLC v. Mayer*, No. 25-cv-00157 in the United States District Court for the Middle District of Florida.

These and other scheduling conflicts necessitate this request for an extension.

3. Appellants therefore request that the deadline for filing its Reply Brief of Appellants be extended 14 days to March 31, 2025. This is Appellants' first request for an extension of time for its Reply Brief of Appellants and is not sought for the purpose of delay.

4. Counsel for Appellees has advised that they do not oppose this requested extension.

For these reasons, Appellants Curadev Pharma Pvt. Ltd. and Curadev Pharma Limited respectfully pray that the Court extend the time to file its Reply Brief of Appellants to March 31, 2025.

Dated:  March 4, 2025    Respectfully Submitted,

**Allen Overy Shearman Sterling US LLP**

*/s/ David P. Whittlesey*

David P. Whittlesey
Texas Bar No. 00791920
david.whittlesey@aoshearman.com
Trey Hebert
Texas Bar No. 24067819
trey.hebert@aoshearman.com
300 West 6th Street, Suite 2250
Austin, TX 78701
(512) 647-1900 (tel)

Jacob Fields
Texas Bar No. 24115134
jacob.fields@aoshearman.com
The Link at Uptown
2601 Olive St., 17th Floor
Dallas, TX 75201
(214) 271-5777 (tel)

*Attorneys for Appellants*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on March 3, 2025, the undersigned conferred with counsel for Appellees about the relief requested in this motion. Counsel does not oppose the requested relief and extension requested in this motion.

/s/ David P. Whittlesey
David P. Whittlesey

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2025, a true and correct copy of this document was served on the following counsel via email and/or electronic filing:

/s/ David P. Whittlesey
David P. Whittlesey

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ashley Duncum on behalf of David Whittlesey
Bar No. 791920
ashley.duncum@aoshearman.com
Envelope ID: 98054752
Filing Code Description: Motion
Filing Description: 20250304 Appellants Motion for Extension  Reply
Status as of 3/4/2025 3:55 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Nathaniel St Clair | | nstclair@jw.com | 3/4/2025 3:21:21 PM | SENT |
| David Schlottman | | dschlottman@jw.com | 3/4/2025 3:21:21 PM | SENT |
| Olin Hebert | 24097819 | trey.hebert@aoshearman.com | 3/4/2025 3:21:21 PM | SENT |
| David Whittlesey | 791920 | david.whittlesey@aoshearman.com | 3/4/2025 3:21:21 PM | SENT |
| Jacob Fields | 24115134 | jacob.fields@shearman.com | 3/4/2025 3:21:21 PM | SENT |
| Hailey Oestreich | | hoestreich@jw.com | 3/4/2025 3:21:21 PM | SENT |
| Demi Williams | | dswilliams@jw.com | 3/4/2025 3:21:21 PM | SENT |

Associated Case Party: Curadev Pharma PVT. LTD

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Amanda Adame | | amanda.adame@aoshearman.com | 3/4/2025 3:21:21 PM | SENT |
| David P.Whittlesey | | david.whittlesey@aoshearman.com | 3/4/2025 3:21:21 PM | SENT |
| Jacob Fields | | jacob.fields@aoshearman.com | 3/4/2025 3:21:21 PM | SENT |
| Ashley CegielskiDuncum | | ashley.duncum@aoshearman.com | 3/4/2025 3:21:21 PM | SENT |